UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

vs.

ALEJANDRO SANDOVAL MUNOZ,

        Defendant.
_____/

HON. DENISE PAGE HOOD
Criminal No. 0720174-1

## **ORDER**

On this the 19TH day of November, 2008, came on to be heard defendants, motion for additional time to self surrender filed in the above styled and numbered cause, and the Court, after considering said Motion, is of the opinion that the following order should be entered.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that defendant's motion for additional time to self surrender filed in the above styled and numbered cause is hereby GRANTED.

Defendant shall self surrender by Monday, January 19, 2009.

        s/Denise Page Hood
        Denise Page Hood
        United States District Judge

Dated: November 19, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 19, 2008, by electronic and/or ordinary mail.

        s/Lisa Ware for William F. Lewis
        Case Manager